**Jerry WOODWARD, Petitioner**

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent**

No. 27 EM 2017

Supreme Court of Pennsylvania.

April 24, 2017

### ORDER

PER CURIAM

**AND NOW**, this 24th day of April, 2017, the Application for Leave to File Original

Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.